UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-04476 |
| | § | |
| $27,000.00 IN U.S. CURRENCY | § | |
| Defendant in rem. | § | |

## CERTIFICATION OF NOTIFICATION TO FRANCISCO MORALES

1. I, Albert Ratliff, Assistant United States Attorney, declare under penalty of perjury that the following is true and correct.

2. The Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions Rule (G)(4)(b)(iii)(B) provides that the United States may send notice to potential claimants in forfeiture proceedings with the Complaint For Forfeiture *In Rem* by sending notice to "the attorney representing the potential claimant with respect to the seizure of the property or in a related investigation, administrative forfeiture proceeding, or criminal case".

3. On November 16, 2010, the Rule G Notice of Forfeiture (Exhibit A)[1], Complaint for Forfeiture in Rem, and Court Procedures were sent via CM/RRR to the

---

[1] All attached exhibits are incorporated into this document.

law office of Greg Gladden who represented Francisco Morales in the administrative forfeiture proceeding.

3. The delivery confirmation are listed below:[2]

[Domestic Return Receipt (PS Form 3811, February 2004) addressed to Greg Gladden, Houston, TX; Certified Mail; Article Number 7008 1300 0000 6322 8996; Received by Diana Caballero; Date of Delivery 11-17-10]

Dated: December 22, 2010.

*Albert Ratliff*
Albert Ratliff
Assistant United States Attorney
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
United States Attorney's Office
P. O. Box 61129
Houston, Texas 77208
Office (713) 567-9579
Fax (713) 718-3300
Albert.Ratliff@usdoj.gov

---

[2]The address and zip code of Greg Gladden have been redacted.