IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. H-10-4476 |
| $27,000.00 IN U.S. CURRENCY | § | |
| Defendant. | § | |

## NOTICE OF DECLARATION OF PUBLICATION

The United States of America has published notice of this forfeiture action as stated in the attached and incorporated declaration.

Respectfully submitted,

José Angel Moreno
United States Attorney

By: /s/ Albert Ratliff
Albert Ratliff
Assistant United States Attorney
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
United States Attorney's Office
P. O. Box 61129
Houston, Texas 77208
Office (713) 567-9579
Fax (713) 718-3300