IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. H-10-4476 |
| | § | |
| $27,000.00 IN U.S. CURRENCY | § | |
| | § | |
| Defendant. | § | |

AMENDED  NOTICE OF DECLARATION OF PUBLICATION

The United States of America has published notice of this forfeiture action as stated in the

attached and incorporated declaration.

Respectfully submitted,

José Angel Moreno
United States Attorney

By: /s/ Albert Ratliff
   Albert Ratliff
   Assistant United States Attorney
   Attorney-in-Charge
   NY Bar No. 1073907
   SDTX Bar No. 6764
   United States Attorney's Office
   P. O. Box 61129
   Houston, Texas  77208
   Office (713) 567-9579
   Fax (713) 718-3300